THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH C. PECK, Appellant.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 31 AD3d 1216.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RODRIGUEZ, Appellant.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 33 AD3d 543.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASOOL SALAAM, Appellant.

Submitted July 30, 2007; decided September 6, 2007

Reported below, 36 AD3d 969.

Motion for assignment of counsel granted and Susan T. Aron, Esq., PO Box 113, Voorheesville, New York 12186 assigned as counsel to the appellant on the appeal herein.